UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 SEP -1 AM 9:12

| UNITED STATES OF AMERICA, | CASE NO. 11cr3567-JM |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| Jose Sigifredo Aguirre-Palacios, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Information:

21:952 and 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/31/11

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE